

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-16-00936-CR

Style:                       Waymon Jaeshell Stepherson v. The State of Texas

Date motion filed[*]:        August 2, 2017

Type of motion:              Motion for Extension of Time to Amend or Supplement Appellant's

                             Brief

Party filing motion:         Pro Se Appellant

Document to be filed:        Motion to Amend or Supplement Appellant's Brief

Ordered that motion is:
    ☐ Granted
    ☐ Denied
    ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
    ☑ Other: _____

On July 19, 2017, appellant's appointed counsel timely filed appellant's brief on the merits and has not sought to withdraw from representing appellant. *See* TEX. R. APP. P. 6.5.  Accordingly, appellant's pro se motion for an extension of time to amend or supplement his brief is **dismissed as moot** because he is currently represented by counsel and is not entitled to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001) (stating "[a]ppellants are not allowed to have hybrid representation" and appellant did not have right to file documents with appellate court while represented by counsel).

Judge's signature: <u>/s/ Laura C. Higley</u>
           ☑ Acting individually    ☐ Acting for the Court

Date: <u>August 8, 2017</u>